IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FIRST HORIZON HOME LOANS, A
DIVISION OF FIRST TENNESSEE
BANK NATIONAL ASSOCIATION,**

**Plaintiff,**

v.

**GEORGE A. SONGER, et al.,**

**Defendants.**                                            No. 11-441-DRH

**ORDER**

**HERNDON, Chief Judge:**

On September 26, 2011, the Court entered an order (Doc. 12), directing plaintiff First Horizon Home Loans to file its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 within fourteen days from the date of the order. On October 11, 2011, plaintiff's counsel filed a motion for extension of time to file its disclosure statement (Doc. 13). On October 12, 2011, the Court granted that motion (Doc. 14), giving plaintiff until October 18, 2011, to file its disclosure statement. As of the date of this order, however, the Court has still yet to receive plaintiff's disclosure statement. Accordingly, the Court gives plaintiff until October 28, 2011, to show cause why this case should not be dismissed for failure to abide by the rule and the Court's orders of September 26, 2011, and October 12, 2011. See FED. R. CIV. P. 41(b); *Chambers v. Nasco, Inc.*, 501 U.S. 32, 62 (1991); *Dunphy v. McKee*,

134 F.3d 1297, 1300 (7th Cir. 1998).

**IT IS SO ORDERED.**

Signed this 21st day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.21 17:01:57 -05'00'

**Chief Judge**
**United States District Court**