**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| First Horizon Home Loans, a Division of First Tennessee Bank National Association, | |
| Plaintiff, | Civil Action No.: 11-cv-441-DRH-DGW |
| | Judge: |
| v. | |
| GEORGE A. SONGER a/k/a GEORGE ALLEN SONGER a/k/a GEORGE ALLEN SONGER, SR., CORRINA SONGER, STATE OF ILLINOIS, ST. CLAIR COUNTY, UNITED STATES OF AMERICA, UNKNOWN OWNERS and NON-RECORD CLAIMAINTS, | |
| | **Jury Demand** |
| Defendants. | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned attorney of record for Plaintiff First Horizon Home Loans, a division of First Tennessee Bank National Association, identifies that First Horizon National Corporation is a publicly-held corporation that owns more than 10% of First Tennessee Bank National Association.

Respectfully submitted,

**FIRST HORIZON HOME LOANS**

Date: October 24, 2011

s/Brett J. Natarelli
Brett J. Natarelli
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 Telephone
(312) 876-1155 Facsimile