# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank National Association,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE ALLEN SONGER SR., CORRINA SONGER, STATE OF ILLINOIS, ST. CLAIR CONUTY, UNITED STATED OF AMERICA, UNKNOWN OWNERS and NON-RECORD CLAIMANTS<br><br>Defendants. | Case No.   11-cv-441-DRH-DGW |

## MOTION TO VOLUNTARILY DISMISS
## PURSUANT TO RULE 41(a)(2)

Plaintiff, First Horizon Home Loans, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves for entry of an Order dismissing this case without prejudice as to all parties, with each party to bear its own costs, and in support thereof states as follows:

1. On May 5, 2011, Plaintiff filed its Complaint to Foreclose Mortgage in the Circuit Court of St. Clair County in Belleville, Illinois.

2. On May 27, 2011, this matter was removed to this Court.

3. Plaintiff intends to finalize a settlement with defendants George Allen Songer Sr. and Corrina Songer.

4. No defendant other than the United States of America has appeared or filed an answer.

5. On January 3, 2012, undersigned counsel corresponded with counsel for the United States of America, Christopher Moore, who indicated he had no objection to a voluntary dismissal without prejudice and with each party to bear its own costs.

WHEREFORE, Plaintiff prays that this Honorable Court enter an Order dismissing this action voluntarily and without prejudice as to all defendants, with each party to bear its own costs.

Dated:  January 18, 2012                                    Respectfully submitted,

**FIRST HORIZON HOME LOANS**

By:   /s/ Brett J. Natarelli
      Brett J. Natarelli (bnatarelli@dykema.com)
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, Illinois  60606
      Phone: 312-876-1700
      Fax:     312-627-2302

# CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2012, I, Brett J. Natarelli, an attorney, electronically filed the aforementioned Motion to Voluntarily Dismiss Pursuant to Rule 41(a)(2) and this Certificate of Service with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing(s) to the following:

J. Christopher Moore
Assistant U.S. Attorney
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
618-622-3897
Email: chris.moore@usdoj.gov

Joseph Mungovan Herbas
Hugh J. Green
Fisher & Shapiro
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
312-994-4740
Email: jherbas@fisherandshapirolaw.com

                                                              /s/ Brett J. Natarelli_____