# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FIRST HORIZON HOME LOANS,**

    **Plaintiff,**

**v.**

**GEORGE ALLEN SONGER SR., et al.,**

    **Defendants.**                        **Case No. 11-cv-441-DRH**

## <u>ORDER</u>

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 18). Specifically, plaintiff moves to dismiss this case without prejudice as to all parties, each party to bear its own costs. Plaintiff indicates that it intends to finalize a settlement with defendants George Allen Songer Sr. And Corrina Songer, and notes that the government does not object to the motion. Thus, the Court grants the motion and dismisses this cause of action without prejudice as to all parties, each party to bear its own costs. The Court will close the file.

        **IT IS SO ORDERED.**

    Signed this 18th day of January, 2012.

David R. Herndon
2012.01.18
16:47:40 -06'00'

                                **Chief Judge**
                                **United States District Court**